IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| BRANDON TERRELL WHITTINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:13-cv-03513-TLW |
| ) | |
| DILLON COUNTY DETENTION ) | |
| CENTER; and DANIEL RHODAS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**ORDER**

Plaintiff Brandon Terrell Whittington, proceeding pro se and in forma pauperis, brought this action pursuant to 42 U.S.C. § 1983 against the Dillon County Detention Center and Daniel Rhodas. (Doc. #1). This matter is before the Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Bruce Howe Hendricks, to whom this case was assigned pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2)(e), (D.S.C.). In the Report, the Magistrate Judge recommends that this Court dismiss the case without prejudice. (Doc. #15). Objections to the Report were due on February 13, 2014. Plaintiff filed no objections.

The Court is charged with conducting a <u>de novo</u> review of any portion of the Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained therein. 28 U.S.C. § 636. However, in the absence of objections to the Report, the Court is not required to give any explanation for adopting the Magistrate Judge's recommendation. See <u>Camby v. Davis</u>, 718 F.2d 198, 200 (4th Cir. 1983). In such a case, "a district court need not conduct a <u>de novo</u> review, but instead must 'only satisfy itself that

there is no clear error on the face of the record in order to accept the recommendation.'" Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

The Court has carefully reviewed the Report in accordance with this standard, and it concludes that the Magistrate Judge accurately summarizes the case and the applicable law. It is therefore **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**. (Doc. #15). For the reasons articulated by the Magistrate Judge, this case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

September 29, 2014
Columbia, South Carolina